**FILED**
January 22, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAUREN CROWE,<br>Defendant. | Case No. 2:19-mj-00019-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, LAUREN CROWE, Case No. 2:19-mj-00019-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of: $

    __-__   Co-Signed Unsecured Appearance Bond

    _____   Secured Appearance Bond

__X__   (Other) Conditions as stated on the record.

_____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _1/22/2019_ at _2:36 p.m._

By _____
Edmund F. Brennan
United States Magistrate Judge