McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED

SEP 26 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAUREN CROWE,

    Defendant.

CASE NO. 2:19-CR-0169-WBS

21 U.S.C. § 843(b) – Illegal Use of Communication Facility

INFORMATION

COUNT ONE: [21 U.S.C. § 843(b) – Illegal Use of Communication Facility]

    The United States Attorney charges: T H A T

    LAUREN CROWE,

Beginning no later than in or around October 2017, and continuing to in or January 22, 2019, in the County of Sacramento, within the State and Eastern District of California and elsewhere, the defendant used a communication facility, including the Internet, in committing or in causing or

/ / /
/ / /
/ / /
/ / /
/ / /

1  facilitating the commission of a drug offense, to wit: Title 21, United States Code, Section 841(a)(1)(D)
2  (Possession with Intent to Distribute Marijuana).
3
4
5  Dated:                                                    McGREGOR W. SCOTT
                                                             United States Attorney
6
7                                                      By:  /s/ signature
                                                            GRANT B. RABENN
8                                                           Assistant United States Attorney

INFORMATION                               2

United States v. LAUREN CROWE
**Penalties for Information**

**COUNT 1:**      LAUREN CROWE

VIOLATION:       21 U.S.C. § 843(b) – Illegal Use of Communication Facility

PENALTIES:       A maximum of up to 4 years in prison;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)