LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
LAUREN CROWE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-169 TLN |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| LAUREN CROWE, | |
| Defendant. | Court: Hon. Troy L. Nunley |
| | Date: June 4, 2020 |
| | Time: 9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Grant Rabenn and Attorney Todd D. Leras on behalf of Defendant Lauren Crowe, submit this request to continue the date presently set for Judgment and Sentencing in the above-

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

referenced matter from January 16, 2020 to June 4, 2020.

This matter resolved pursuant to a written plea agreement at the initial appearance before the district court. Defendant's probation interview has been completed but scheduling of the interview was delayed due to an unanticipated conflict in defense counsel's schedule. The assigned probation officer requires additional time to complete the draft pre-sentence investigation report.

A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary to allow sufficient time for the parties to file appropriate responses. The assigned probation officer has confirmed her availability on June 4, 2020. It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1. Draft Pre-Sentence Report Date: April 23, 2020;

2. Informal Objections to Draft Pre-Sentence Report: May 7, 2020;

3. Final Pre-Sentence Report Date: May 14, 2020;

4. Motion for Correction Date: May 21, 2020; and

5. Reply Date: May 28, 2020

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Grant Rabenn has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: January 13, 2020

By */s/ Todd D. Leras for*
GRANT RABENN
Assistant United States Attorney

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

DATED: January 13, 2020        By    */s/ Todd D. Leras*
                                     TODD D. LERAS
                                     Attorney for Defendant
                                     LAUREN CROWE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to June 4, 2020, at 9:30 a.m. The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED: January 13, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE