1  LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
(916) 504-3933
4  toddleras@gmail.com
Attorney for Defendant
5  LAUREN CROWE

6

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| | Case No.: 2:19-cr-169 TLN |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| LAUREN CROWE, | |
| Defendant. | Court:     Hon. Troy L. Nunley |
| | Date:      August 6, 2020 |
| | Time:      9:30 a.m. |

25       The parties to this action, Plaintiff United States of America by and through Assistant

26  U.S. Attorney Grant Rabenn and Attorney Todd D. Leras on behalf of Defendant Lauren Crowe,

27  ORDER CONTINUING
SENTENCING HEARING AND
28  MODIFYING PSR SCHEDULE

submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from June 4, 2020 to August 6, 2020.

This matter resolved pursuant to a written plea agreement at the initial appearance before the district court.  Defendant's probation interview and draft pre-sentence investigation report have been completed.  Defense counsel is requesting to continue the sentencing hearing to allow additional time to obtain materials in support of her sentencing request.  Obtaining the materials has been made more difficult by the COVID-19 global pandemic.  California Governor Gavin Newsom's shelter in place order, issued as Executive Order N-33-20 on March 19, 2020, has understandably delayed the response of many public and private agency record-keepers.

A modification of the disclosure schedule and continuance of the sentencing hearing are therefore necessary to allow sufficient time for the defense to prepare.  The assigned probation officer has confirmed her availability on August 6, 2020.

It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

1.  Informal Objections to Draft Pre-Sentence Report:  June 25, 2020;

2.  Final Pre-Sentence Report Date:   July 16, 2020;

3.  Motion for Correction Date: July 23, 2020; and

4.  Reply Date:  July 30, 2020

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Grant Rabenn has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

DATED:  May 4, 2020

By ___/s/ Todd D. Leras for___
GRANT RABENN
Assistant United States Attorney

DATED:  May 4, 2020

By ___/s/ Todd D. Leras___
TODD D. LERAS
Attorney for Defendant
LAUREN CROWE

## ORDER

The Judgment and Sentencing Hearing in this matter is continued to August 6, 2020, at 9:30 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

DATED:  May 5, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE